UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDDIE WILSON

    v.                                                               Case No: 8:15-cv-2801 T-24 TGW

UNITED STATES OF AMERICA
_____/

**ORDER**

This cause is before the Court on *pro se* Petitioner Freddie Wilson's second motion for a certificate of appealability. (Civ. Doc. 75). The Court previously denied Petitioner's 28 U.S.C. § 2255 motion and found that he was not entitled to a certificate of appealability. (Civ. Doc. 47). In so doing, the Court found that Petitioner had not made the requisite showing needed for a certificate of appealability. (Civ. Doc. 47). Thereafter, the Court denied Petitioner's first motion for a certificate of appealability for the same reasons. (Doc. 61).

Accordingly, the Court denies the instant motion for the same reasons set forth in the Court's prior orders denying Petitioner's § 2255 motion and denying Petitioner's first motion for a certificate of appealability. (Civ. Docs. 47, 61).

**DONE AND ORDERED** at Tampa, Florida, this 6th day of July, 2017.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Petitioner