UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDDIE WILSON

   v.                                                                   Case No: 8:15-cv-2801 T-24 TGW
                                                                                      8:13-cr-207 T-24TGW

UNITED STATES OF AMERICA
_____/

**ORDER**

This cause comes before the Court on *pro se* Petitioner Freddie Wilson's second motion for recusal. (Civ. Doc. 101). The Court has considered Petitioner's motion and concludes that it should be denied.

Pursuant to 28 U.S.C. § 455, a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned or where she has an actual personal bias or prejudice concerning a party. Petitioner argues that he was improperly sentenced in his criminal case which shows that the undersigned "has personal bias or simply does not like the Petitioner." (Civ. Doc. 101). But Petitioner's conviction and sentence were reviewed by the Eleventh Circuit and affirmed on appeal. (Crim. Doc. 130). Thus, Petitioner has failed to show that the undersigned's impartiality might reasonably be questioned.

Accordingly, it is ORDERED AND ADJUDGED that Petitioner's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of September, 2017.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
*Pro Se* Petitioner

1